In the Matter of the Application of FRANK E. DEISHLY, Appellant, for a Peremptory Mandamus Order against RICHARD E. ENRIGHT, as Police Commissioner of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

HAROLD D. GREENWALD, Appellant, v. GOTHAM SILK HOSIERY Co., INC., Respondent.— Order so far as appealed from modified by denying the motion for a bill of particulars as to items 6(c), 13(c), 20(c), and 28(c), and as so modified affirmed, without costs. The bill of particulars to be served within thirty days from date of entry of order. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

ANNA MOSKOWITZ, Respondent, v. MOSES WILLIAMS and Another, Appellants, Impleaded with Others, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.; Clarke, P. J., dissenting.

In the Matter of the Application of HENRY J. STEVENS, Appellant, for an Order of Mandamus against THE BOARD OF EDUCATION OF THE CITY OF NEW YORK and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

OLIVE RAE SQUIER, Respondent, v. CHARLES BURNHAM SQUIER, Appellant.— Order modified by reducing counsel fee to the sum of $2,000, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

In the Matter of the Petition of CHARLOTTE V. QUINBY, Respondent, for a Compulsory Accounting by FLORENCE COLE QUINBY, as Executrix, etc., of HENRY C. QUINBY, Deceased, Appellant.— Order affirmed, with ten dollars costs and disbursements. The appellant to render and file the account within twenty days from service of order and to attend from time to time before the surrogate for that purpose. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

In the Matter of the Petition of ISADOR SCHWARTZ, Appellant, Respondent, for an Order Directing that Arbitration, etc., between Said Petitioner and SAMUEL ROTHSTEIN CLOTHING Co., INC., Respondent, Appellant, Dated January 26, 1923, Proceed Pursuant to Provisions of Said Contract and of the Arbitration Law of the State of New York.— Order modified as indicated in order and as so modified affirmed, with ten dollars costs and disbursements to the petitioner. Notice of designation and appointment of arbitrator by each party to be served within ten days from service of order by the petitioner upon the respondent. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.

HECTOR M. HITCHINGS, Appellant, v. JOHN R. ARMSTRONG, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Burr, JJ.